ACCEPTED
12-15-00175-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
9/14/2015 3:37:33 PM
Pam Estes
CLERK



# MARTIN WALKER, P.C.
## ATTORNEYS AT LAW

MARISA M. SCHOUTEN
BOARD CERTIFIED - CIVIL APPELLATE LAW
TEXAS BOARD OF LEGAL SPECIALIZATION
MSCHOUTEN@MARTINWALKERLAW.COM

121 N. SPRING AVENUE
THE ARCADIA THEATER
TYLER, TEXAS 75702
OFFICE (903) 526-1600  FAX (903) 595-0796

Of Counsel:
BLAKE BAILEY
TEXAS BOARD OF LEGAL SPECIALIZATION
Personal Injury Trial Law
Civil Appellate Law

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

9/14/2015 3:37:33 PM

PAM ESTES
Clerk

September 14, 2015

Twelfth Court of Appeals
1517 W. Front St., Ste. 354
Tyler, TX 75702

Re:     Case Number:                    12-15-00175-CV
        Trial Court Case Number:        11-3019-B/S1

Style:  Brown-Eyed Girl, LLC d/b/a Leigh Oliver's, and Brown-Eyed Girl, LLC d/b/a Leigh
        Oliver's, as Assignee of Gourmet Resources, LLC and Alexandra Weeks, Individually
        and d/b/a Gourmet Resources, LLC v. Truck Insurance Exchange

Dear Sir or Madam:

Please be advised that the above-referenced case has settled. Dismissal paperwork is
being prepared and will be filed shortly.

Please let me know if you have any questions.

Sincerely yours,

MARTIN
WALKER, P.C.

Marisa Schouten

MS/bg

cc: Mr. George Chandler
CHANDLER, MATHIS & ZIVLEY, P.C.
PO Box 340
Lufkin, Texas 75902
**Via fax (936) 632-1304**

Mr. E. Ray Edwards
GANN & EDWARDS
7500 San Felipe, Ste. 410
Houston, Texas 77063
**Via fax (713) 782-6785**

Kevin L. Sewell
Martin, Disiere, Jefferson & Wisdom, LLP
Tollway Plaza One
16000 N. Dallas Parkway, Suite 800
Dallas, Texas 75248
**Via fax (214) 420-5501**

Leigh Porter
Wilson Law Firm
909 ESE Loop 323, Ste. 400
Tyler, TX 75701
**Via fax (903) 509-5091**

Terry Womac
Beirne, Maynard & Parson, L.L.P.
1300 Post Oak Blvd., Ste. 2500
Houston, TX 77056
**Via fax (713) 623-0887**